AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

05 - 0 5 2 9 M - 0 1.

UNITED STATES OF AMERICA

V.

RAFI PRATT

## WARRANT FOR ARREST

CASE NUMBER: 04-9117-001

To: The United States Marshal
and any Authorized United States Officer

FILED

OCT 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest _____ Rafi Pratt _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Anthony R. Mautone | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _Anthony R. Mautone_ (signature) | July 14, 2005 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-4-05 | SEAN McLEOD | |
| DATE OF ARREST | SDUSM | |
| 10-11-05 | | |