# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rafi Pratt                                    Cr.: 04-9117-001

Name of Sentencing Judicial Officer: The Honorable Anthony R. Mautone
United States Magistrate Judge

Date of Original Sentence: 07/01/04

Original Offense: Driving with a Suspended License & Failure to Set Parking Brake

Original Sentence: Probation - one (1) year.

Type of Supervision: Probation (Administrative)         Date Supervision Commenced: 07/01/04

Assistant U.S. Attorney: Captain Gino Berta              Defense Attorney: Pro Se

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of 555.00; It shall be paid in the following manner: To be paid in full by 08/12/04.'<br><br>The offender has failed to pay the court imposed fine as directed. To date, the offender has not made any payments. |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Robert J. Zapata
U.S. Probation Officer
Date: 05/05/05

Rodney L. Macfield

THE COURT ORDERS:
[X] The Issuance of a Summons.  Date of Hearing: 7/14/05
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/3/05
Date

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number   04-9117

RAFI PRATT

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, RAFI PRATT, appeared pro se, having waived counsel.

The defendant pled guilty to Driving While Suspended and Fail/Set Parking Brake on July 1, 2004. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
|---|---|---|---|
| NJSA 39:3-40 | Driving While Suspended | December 23, 2003 | A1117845 |
| NJSA 39:4-137 | Fail/Set Parking Brake | December 23, 2003 | A1117846 |

As pronounced on July 1, 2004, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a total special assessment of $10, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 27th day of July, 2004.

CERTIFIED TO BE A TRUE COPY

_____
ANTHONY R. MAUTONE
United States Magistrate Judge

_____
ANTHONY R. MAUTONE
United States Magistrate Judge

Defendant's SSN:
Defendant's Date of Birth:
Defendant's address: